**Opinion filed May 6, 2010**



# In The

# Eleventh Court of Appeals

_____

## No. 11-09-00126-CV

_____

## LATOSHIA COLEMAN, Appellant

## V.

## TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM-42,150**

## MEMORANDUM OPINION

Latoshia Coleman perfected appeals challenging both the termination of her parental rights in the present case and the trial court's determination that her appeal on the merits of the termination was frivolous. This court affirmed the trial court's determination that the appeal on the merits was frivolous, no petition was filed, and mandate has now issued. *In the Interest of M.W.C., JR.; M.C.; & E.P., children*, 2010 WL 747681, No. 11-09-00152-CV (Tex. App.— Eastland March 5, 2010, no pet.) (mem. op.).

Therefore, the present appeal challenging the merits of the termination is dismissed.

PER CURIAM

May 6, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.